October 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

LAURA BRYAN, Appellant

NO. 14-12-00040-CV                               V.

DEBORA COELHO GORDON AND WINDERMERE REAL ESTATE/LANE
COUNTY, Appellees

_____

This cause, an appeal from the "Order Sustaining Objection to Jurisdiction" in favor of appellees, Debora Coelho Gordon and Windermere Real Estate/Lane County, signed January 13, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, Laura Bryan, to pay all costs in this appeal. We further order the decision certified below for observance.